IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KENNY TRAVIS, JR.**                                                                                       **PLAINTIFF**
ADC #119406

v.                                    Case No: 4:24-CV-00924-JM

**CHRISTOPHER R. WARTHEN,** *et al.*                                            **DEFENDANTS**

### ORDER

Before the Court is Plaintiff Kenny Travis, Jr.'s motion for reconsideration in which he asserts the Court wrongly denied him permission to proceed *in forma pauperis* under the three-strike provision of the Prison Litigation Reform Act. (Doc. 6). His motion is DENIED. The Court has reviewed Mr. Travis's filings and confirmed that Kenny Travis, Jr. (ADC #119406) has previously filed three cases that were dismissed under the PLRA. The Clerk is directed to send Mr. Travis copies of the docket sheets in the following cases for his records. *See Travis v. Osceola Police Dept., et al.*, 3:02-CV-00005-BRW (E.D. Ark.); *Travis v. Russell, et al.*, 3:06-CV-00009-BRW (E.D. Ark.); and *Travis v. Russell, et al.*, 3:06-CV-00177-BRW (E.D. Ark.).

IT IS SO ORDERED this 8th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE